CHARLES C. MOTEL, an Infant, by Guardian, etc., Respondent, *v.* THE SIXTH AVENUE RAILROAD COMPANY, Appellant.

(Argued March 27, 1885; decided April 28, 1885.)

*D. M. Porter* for appellant.

*Osborn E. Bright* for respondent.

Agree to reverse judgment, and for a new trial on opinion of Judge BEACH in the court below.

All concur, except DANFORTH, J., dissenting.

Judgment reversed.